UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| MICHAEL JOHN PACHECO,<br><br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:13-cv-3024-JPH<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED.** Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED:  February 24, 2014

　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　Deputy Clerk